No. 92–7971. LOCKETT *v.* MISSISSIPPI (two cases). Sup. Ct. Miss. Certiorari denied.

No. 92–8183. COOK *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 92–9000. CHRISTOFFEL *v.* BENZENHOEFER ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–9070. PAYTON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 93–19. TENNESSEE *v.* BANE; and TENNESSEE *v.* SMITH. Sup. Ct. Tenn. Certiorari denied.

No. 93–51. BLACKWELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–320. KEOUGH, ACTING REGIONAL ADMINISTRATOR OF THE ENVIRONMENTAL PROTECTION AGENCY, REGION I *v.* AMERICAN POLICYHOLDERS INSURANCE CO. C. A. 1st Cir. Certiorari denied.

No. 93–370. DEBRAINE ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–380. PRICE *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 93–389. SWINDALL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–390. YOUGHIOGHENY & OHIO COAL CO. *v.* MCANGUES ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–418. SOUTHERN TIMBER PURCHASERS COUNCIL ET AL. *v.* MEIER, ACTING REGIONAL FORESTER, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–439. SALZMANN *v.* OREGON. Ct. App. Ore. Certiorari denied.